AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

Any and all funds in Wachovia Securities, L.L.C.
Account Number              , held in the name of
**Patricia McLaren**

CASE NUMBER:

07-334-M-01

TO: Director, Federal Bureau of Investigation, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Paul M. Cavanagh who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely
(describe the property to be seized)

Any and all funds in Wachovia Securities, L.L.C. Account Number :
held in the name of **Patricia McLaren**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize the property specified, if necessary by freezing the account so that no funds may be withdrawn, debited, removed, or reduced in any fashion by any person, within 10 days, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

WACHOVIA Securities, L.L.C. is ordered to provide the property specified to the law enforcement officer serving this warrant or, at that official's request, to freeze the property in the account so that the property may not be withdrawn, debited, removed, or reduced in any fashion by any person until further Order of this Court.

JUL 0 2 2007

Date and Time Issued

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

at Washington, D. C.

_Deborah A. Robinson_

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/2/2007 | DATE AND TIME WARRANT EXECUTED<br>7/2/2007   3:15 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Domenic Raimo |
| INVENTORY MADE IN THE PRESENCE OF   Domenic Raimo | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Account        ... Frozen, being held by Wachovia Securities.

**FILED**

JUL 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

07-26-07
Date